**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**SOUTH CENTRAL STATE BANK**                                        **PLAINTIFF**

v.                  **CASE NO. 3:17-CV-00185 BSM**

**JEFFREY SCOTT MOSS, et al.**                                     **DEFENDANTS**

**ORDER**

Plaintiff South Central State Bank's ("SCSB") motion for summary judgment [Doc. No. 9] is granted.

SCSB seeks to collect on a defaulted loan, which is governed by a note, security agreement, and commitment. Mot. Summ. J. ¶ 1; Exs. A, B, C, Doc. No. 9. Defendants admit that they signed the note, received the loan, and that SCSB is entitled to a judgment. Answer ¶¶ 6–8, 10–11, Doc. No. 5. Defendants, however, deny the damages claimed by SCSB because SCSB has provided insufficient proof as to the amount owed and because defendants may not have been given adequate notice of their rights under the Arkansas Farm Creditor Mediation Program. *Id.* ¶ 10.

Summary judgment is appropriate when there is no genuine dispute as to any material fact, and the moving party is entitled to judgment as a matter of law. *See* Fed. R. Civ. P. 56(a); *Anderson v. Liberty Lobby Inc.*, 477 U.S. 242, 249–50 (1986). Once the moving party demonstrates that there is no genuine dispute of material fact, the non-moving party may not rest upon the mere allegations or denials in his pleadings. *Holden v. Hirner*, 663 F.3d 336, 340 (8th Cir. 2011). Instead, the non-moving party must produce admissible evidence

demonstrating a genuine factual dispute requiring a trial. *Id.* "If a party fails to properly support an assertion of fact or fails to properly address another party's assertion of fact as required by Rule 56(c), the court may consider the fact undisputed for purposes of the motion." Fed. R. Civ. P. 56(e)(2).

In support of summary judgment, SCSB supplied copies of the note, the loan commitment, and an affidavit showing the amount due on the loan, accruing interest, and late fees. *See* Mot. Summ. J. Exs. A, B, C. SCSB also argues that the Arkansas Farm Creditor Mediation Program's notice requirements do not apply. Br. Supp. Mot. Summ. J. at 4, Doc. No. 10. Defendants have failed to respond to SCSB's motion for summary judgment, and the time to do so has expired. Hence, there is not a material dispute of fact as to the amount owed, and SCSB is entitled to judgment as a matter of law.

Judgment is therefore entered for SCSB in the amount of $176,347.72, pre-judgment interest at a rate of $23.22 per day and pre-judgment late charges at a rate of $25.87 per day from and after January 31, 2018, and post-judgment interest pursuant to 28 U.S.C. section 1961. If appropriate, SCSB may file a separate motion for costs and attorney's fees.

IT IS SO ORDERED this 3rd day of April 2018.

_____
UNITED STATES DISTRICT JUDGE