# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**SOUTH CENTRAL STATE BANK**                                          **PLAINTIFF**

**v.**                              **CASE NO. 3:17-CV-00185 BSM**

**JEFFREY SCOTT MOSS, et al.**                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, judgment is entered for South Central State Bank, and this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of April 2018.

_____
UNITED STATES DISTRICT JUDGE