# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**SOUTH CENTRAL STATE BANK**                                                    **PLAINTIFF**

**v.**                          **CASE NO. 3:17-CV-00185 BSM**

**JEFFREY SCOTT MOSS, et al.**                                                  **DEFENDANTS**

## ORDER

South Central State Bank's unopposed motions for $7,981 in attorney's fees [Doc. No. 14] and $400 in costs [Doc. No. 16] against defendants Jeffrey Scott Moss, Ginger Leann Moss, and Elite Farms are reasonable and are hereby granted. Defendants are jointly and severally liable for these fees and costs.

IT IS SO ORDERED this 3rd day of May 2018.

_____
UNITED STATES DISTRICT JUDGE